HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES,

   Plaintiff,

  v.

DONNIE G. and SLETTA A. HENSLEY, dba HENSLEY'S AUTO WRECKING-TOWING SALES,

   Defendants.

Case No. C05-5558 RBL

ORDER

 THIS MATTER comes on before the above-entitled Court upon Defendants' Appeal of an Order entered by Magistrate Judge J. Kelley Arnold.

 Having considered the entirety of the records and file herein, having considered that the Order was entered on July 15, 2005, and Defendants' Notice of Appeal was filed on August 22, 2005, which is more than 10 days after the Order was entered in violation of MJR 12(c), Local Rules W.D. Wash., it is hereby

 ORDERED that the defendants show cause in writing on or before September 19, 2005 why this appeal should not be dismissed as untimely filed.  The failure by defendants to timely respond to this Order will result in the dismissal of this appeal.  The government shall file a reply to the defendants' response to this Order on or before September 26, 2005.

ORDER
Page - 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.

3   Dated this 2nd day of September, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE